Record and Return to:
Doonan, Graves & Longoria
Attn: Janice Geier
100 Cummings Center, 225D
Beverly, Massachusetts 01915

```
Doc# 2011021913
Bk 16109  Pg 92 - 93
Received York SS
06/09/2011   11:23AM
Debra L. Anderson
Register of Deeds
```

2→
E

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **Mortgage Electronic Registration Systems, Inc. as nominee for Ownit Mortgage Solutions, Inc.,** whose address is 1818 Library Street, Suite 300, Reston, VA 20190 ("ASSIGNOR"), hereby sells, assigns, and transfers to **Citibank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE2,** whose address is 1100 Corporate Center Drive, Raleigh, NC, 27607 ("ASSIGNEE"), the Assignor's interest in a certain note and mortgage made by **James D Gochie** has been given to secure payment of the sum of $95,000.00 and interest, dated November 15, 2006, in **York** County Registry of Deeds in **Book 15018, Page 451**, describing land therein as:

**776 Maplewood Road, West Newfield, Maine 04095**

**Mortgage Electronic Registration Systems, Inc. as nominee for Ownit Mortgage Solutions, Inc., Assignor**

Dated: 5-12-2011

By: Cecilia Rodriguez
Its: Assistant Secretary

### CORPORATE ACKNOWLEDGMENT

State of _____ )
County of _____ ) ss.

On the ___ day of _____ in the year 20___ before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned.

Notary Public
My commission expires:

(See attached)
@ 5/12/11

**EXHIBIT D**

## ACKNOWLEDGMENT

State of California
County of _____Ventura_____)

On  May  /2 , 2011  before me, __Darryl Brown, Notary Public------------__
(insert name and title of the officer)

personally appeared ___Cecilia Rodriguez-------------------------------------------___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> DARRYL BROWN
> Commission # 1812305
> Notary Public - California
> Los Angeles County
> My Comm. Expires Oct 3, 2012

Signature _____  (Seal)

Attached to: Assignment of Mortgage
Re: Gochie, James D.

5/12/11

End of Document