E

Record and Return to:
Doonan, Graves & Longoria
Attn: Janice Geier
100 Cummings Center, 225D
Beverly, Massachusetts 01915

Doc# 2011045731
Bk 16192 Pg 332
Received York SS
10/31/2011  12:18PM
Debra L. Anderson
Register of Deeds

## ASSIGNMENT OF MORTGAGE

    Know that, for valuable consideration, **Citibank, N.A. as Trustee for the MLMI Trust Series 2007-HE2**, whose address is 388 Greenwich Street, New York, NY 10013 ("ASSIGNOR"), hereby sells, assigns, and transfers to **Citibank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE2**, whose address is 1100 Corporate Center Drive, Raleigh, NC, 27607 ("ASSIGNEE"), the Assignor's interest in a certain note and mortgage made by **James D. Gochie** has been given to secure payment of the sum of $95,000.00 and interest, dated November 15, 2006, in **York County Registry of Deeds** in **Book 15018, Page 451**, describing land therein as:

    **776 Maplewood Road, West Newfield, Maine 04095**

**Citibank, N.A. as Trustee for the MLMI Trust Series 2007-HE2, Assignor**
by Bank of America N.A., Attorney in Fact

Dated: October 22, 2011

By: DARKES SIERRA Rhone
Its: Assistant Vice President

### CORPORATE ACKNOWLEDGMENT

State of TEXAS )
County of DALLAS ) ss.

    On the 22 day of October in the year 20 11 before me, the undersigned, personally appeared DARKES SIERRA Rhone, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned.
    I certify under PENALTY OF PERJURY under the laws of the State of TEXAS that the foregoing paragraph is true and correct.

LASENA HARVILL
Notary Public, State of Texas
My Commission Expires
05/25/2015

Notary Public LaSena Harvill
My commission expires: 5/25/15

EXHIBIT E