

This space for Recorder's use

| Property Address:<br>**776 Maplewood Road**<br>**West Newfield, ME 04095-3309**<br>Property Location:<br>**Township of NEWFIELD**<br>ME0-AM  26626946  8/5/2013  NSBO630 | Recording Requested By:<br>**Bank of America, N.A.**<br>Prepared By:<br>**Denisha Clark**<br>**800-444-4302**<br>**16001 N. Dallas Pkwy**<br>**Addison, TX 75001** | When recorded mail to:<br>CoreLogic<br>Mail Stop: ASGN<br>1 CoreLogic Drive<br>Westlake, TX 76262-9823 |

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **NATIONSTAR MORTGAGE, LLC** whose address is **350 HIGHLAND DRIVE, LEWISVILLE, TX 75067** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR OWNIT MORTGAGE SOLUTIONS, INC.** |
| Borrower(s): | **JAMES D GOCHIE** |
| Date of Mortgage: | **11/15/2006** |
| Original Loan Amount: | **$95,000.00** |

Recorded in **York County**, ME on: **11/22/2006**, book **15018**, page **0451** and instrument number **2006065312**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
**AUG 0 6 2013**

Bank of America, N.A.

By: /s/ Kandasia Thompson
　　　Kandasia Thompson,
　　　Assistant Vice President

**EXHIBIT F**

State of TX, County of __Dallas__

On __AUG 06 2013__, before me, __ROGER JOSEPH JACOB JR__, a Notary Public, personally appeared __Kandasia Thompson__, __ASSISTANT VICE PRESIDENT__ of Bank of America, N.A. personally known to me to be the person(s) whose name(s) is/are subscribed to the within document and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the document the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

*[signature]*

ROGER JOSEPH JACOB, JR.
Notary Public, State of Texas
My Commission Expires
10/04/2014

Notary Public: __ROGER JOSEPH JACOB JR__
My Commission Expires: __OCT 04 2014__

DocID#