

BK 16976  PGS 871 - 871
INSTR # 2015007476
RECEIVED YORK SS
03/02/2015 02:25:22 PM
DEBRA ANDERSON
REGISTER OF DEEDS

## ASSIGNMENT OF MORTGAGE

**CORRECTIVE GAP ASSIGNMENT: THIS DOCUMENT IS BEING RECORDED TO REMEDY A GAP IN THE RECORDED OWNERSHIP INTEREST SHOWN FOR THE MORTGAGE DATED 11/15/2006 RECORDED 11/22/2006 INS NO 2006065312 -- CONTACT NATIONSTAR MORTGAGE, LLC FOR THIS INSTRUMENT 350 HIGHLAND DRIVE, LEWISVILLE, TX, 75067, TELEPHONE # 469-549-2000, WHICH IS RESPONSIBLE FOR RECEIVING PAYMENTS.**

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-HE2, WHOSE ADDRESS IS 350 Highland Dr., Lewisville, TX, 75067, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **BANK OF AMERICA, NATIONAL ASSOCIATION, WHOSE ADDRESS IS 9000 SOUTHSIDE BLVD - BLDG 600, JACKSONVILLE, FL 32256-0000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 11/15/2006, made by **JAMES D. GOCHIE** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR OWNIT MORTGAGE SOLUTIONS, INC., ITS SUCCESSORS AND ASSIGNS** and recorded on 11/22/2006 in Book 15018, Page 0451 and Doc # 2006065312, in the office of the Recorder of YORK County, Maine.

**IN WITNESS WHEREOF,** this assignment was executed on __2__/__20__/2015 (MM/DD/YYYY).
**WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-HE2,** by **NATIONSTAR MORTGAGE LLC,** its **Attorney-in-Fact**

By: _____
Nadine Homan
**Vice President of Loan Documentation**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on __2__/__20__/2015 (MM/DD/YYYY), by Nadine Homan as Vice President of Loan Documentation of NATIONSTAR MORTGAGE LLC as Attorney-in-Fact for WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-HE2, who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Nicole Baldwin
Notary Public - State of FLORIDA
Commission expires: 08/05/2016

Nicole Baldwin
Notary Public State of Florida
My Commission # EE 222285
Expires August 5, 2016

**Instrument Prepared By:** E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: Nationstar Mortgage LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
NSDAV                -- MULTIPLE    DOCR T1815025108 [C-1] FRMME1

**EXHIBIT G**