BK 17203  PGS 332 - 332
INSTR # 2016010870
RECEIVED YORK SS
03/24/2016 09:45:36 AM
DEBRA ANDERSON
REGISTER OF DEEDS

Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX  75019

*(handwritten left margin: Dooran, Graves + Longoria, 100 Cummings Center, Ste 225D, Beverly, MA 01915)*

## CORPORATE ASSIGNMENT OF MORTGAGE

York, Maine
**SELLER'S SERVICING #**           "GOCHIE"

Date of Assignment: March 17th, 2016
Assignor: CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-HE2, BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX  75019
Assignee: WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-HE2 at 401 PLYMOUTH ROAD, PLYMOUTH MEETING, PA  19462

Executed By: JAMES D GOCHIE  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR OWNIT MORTGAGE SOLUTIONS, INC.
Date of Mortgage:  11/15/2006 Recorded:  11/22/2006  in Book/Reel/Liber: 15018 Page/Folio: 0451 as Instrument No.: 2006065312  In the County of York, State of Maine.

Property Address: 776 MAPLEWOOD ROAD, WEST NEWFIELD, ME  04095

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $95,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-HE2, BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT
On March 17th, 2016

By: _____
MOHAMED HAMEED, Assistant Secretary

STATE OF Texas
COUNTY OF Dallas

On March 17th, 2016, before me, TIM JACKSON, a Notary Public in and for Dallas in the State of Texas, personally appeared MOHAMED HAMEED, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
TIM JACKSON
Notary Expires: 12/03/2019 #130457575

TIM JACKSON
Notary Public, State of Texas
Comm. Expires 12-03-2019
Notary ID 13045757-5

(This area for notarial seal)

*NL1*NL1NATT*03/17/2016 09:09:22 AM* NATT01NATTA000000000000000000443523* MEYORK* 0618835847 MESTATE_MORT_ASSIGN_ASSN *NL1*NL1NATT*


EXHIBIT I