DEBRA L. ANDERSON, REGISTER OF DEEDS
Bk 17809 PG 859
Instr # 2018040753
09/27/2018 12:44:17 PM
Pages 1    YORK CO

## Quitclaim Assignment

WHEREAS, Ownit Mortgage Solutions, Inc., is identified as the "Lender" on a certain mortgage executed by James D. Gochie, and bearing the date of November 15, 2006, securing the property located at 776 Maplewood Road, West Newfield, in the County of York and State of Maine and recorded in the York County Registry of Deeds in Book 15018, Page 451 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE2 ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

OWNIT MORTGAGE SOLUTIONS, INC.,
BY ITS ATTORNEY IN FACT LITTON
LOAN SERVICING LP

Name: Marianette Ali
Title: Senior Servicing Operations Specialist

STATE OF FLORIDA

COUNTY OF PALM BEACH

Subscribed before me, on ___SEP 0 7 2018___, by ___Marianette Ali___ as Senior Servicing Operations Specialist. He/she is <u>personally known to me</u> or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Notary Public State of Florida
Joe Simmons
My Commission GG 131461
Expires 10/16/2021

Notary Public    Joe Simmons
My Commission expires: 10/16/2021

EXHIBIT K

F @ 1708 → DOONAN GRAVES & LONGORIA LLC 100 CUMMINGS CTR SUITE 225D BEVERLY MA 01915