UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE2<br><br>**Plaintiff**<br><br>vs.<br><br>**James D. Gochie**<br><br>**Defendant** | CIVIL ACTION NO: 2:19-cv-00533-DBH<br><br><br><br>RE:<br>776 Maplewood Road, West Newfield, ME 04095<br><br>Mortgage:<br>November 15, 2006<br>Book 15018, Page 451 |

## AFFIDAVIT OF NOELLE SELDEN IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT, JAMES D. GOCHIE

I, Noelle Selden, hereby depose and state as follows:

1. I am a paralegal at Doonan, Graves & Longoria, LLC, the law firm who represents Plaintiff Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE2 ("Wilmington Trust") in this matter. I submit this affidavit in support of Plaintiff's Motion for Default Judgment as to Defendant, James D. Gochie, ("Defendant") pursuant to Fed. R. Civ. P. 55(b).

2. Plaintiff's Complaint was filed on November 20, 2019.

3. Proof of Service for Defendant was filed on December 18, 2019.

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant's response to the Complaint was due December 27, 2019.

5. The Defendant is not in the military.

6. On January 29, 2020, Plaintiff filed a Motion for Entry of Default as to Defendant.

7. On January 29, 2020, this Court entered Default as to Defendant, James D. Gochie.

8. Upon information and belief, the attached payment history records received from our client were made at or near the time of the transactions by, or from information transmitted by someone with personal knowledge, pursuant to Fed. R. Evid. 803(6).

9. Upon information and belief, the attached payment history is kept in the course of a regularly conducted activity by our client, pursuant to Fed. R. Evid. 803(6).

10. Upon information and belief, the making of the attached records are a regular practice of our client's regularly conducted activity for maintaining records, pursuant to Fed. R. Evid. 803(6).

11. At the requested hearing, Plaintiff will produce a witness from the servicer of the subject loan to testify to the above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of February, 2020.

/s/Noelle Selden
Noelle Selden

## COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

On this 27th day of February, 2020, before me, the undersigned notary public, personally appeared Noelle Selden, who proved to me through satisfactory evidence of identification to be the person whose name is signed on this document, who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her knowledge and belief.

/s/ Michelle L. Dole
Notary Public
Commission Expires: 01/23/2026