

```
1/31/20 13:11:23
JOB DT:   1/31/20

Mr. Cooper
DETAIL TRANSACTION HISTORY

Processing Options Selected:

 1.                              Loan Number Range
 2. 000000 - 013120              Date Range
 3. B                            Output Type
 4.                              Select State
 5.                              Escrow Group Code
 6.                              Message Code
 7.                              Investor
 8. 0000000                      Pool
 9. Y                            Select only loans with Transactions
10. N                            Include liquidated loans
```

```
                                          Mr. Cooper                                                    1/31/20 13:11:23
                                   DETAIL TRANSACTION HISTORY                                           JOB DT:  1/31/20
                                                                                                           PAGE:      1
-------------------------------------------------------------------------------------------------------------------------
LOAN#             INV# BRD       POOL# 0099997               NEXT DUE  6/01/09   INTEREST RATE   6.875   PRIN.BAL  94178.18
BORR1 JAMES D. GOCHIE            TYPE: 03-00 Conv/Unins                                                  ESC.BAL        .00
BORR2 ADDL INFORMATION                                       INT PD TO 5/01/09   P&I SHORT        .00    CORP ADV   5412.60-
PROP: 776 MAPLEWOOD RD           MAIL: 776 MAPLEWOOD RD
     WEST NEWFIE ME 04095              W NEWFIELD     ME 04095
-------------------------------------------------------------------------------------------------------------------------
---TRANSACTION----                        NEXT  -AFTER TRANS.BALANCES-  TOTAL   ------------APPLIED------------
NBR   DATE   CODE ------DESCRIPTION-----   DUE  PRINCIPAL       ESCROW  AMOUNT   PRINCIPAL  INTEREST   ESCROW  SUSPENSE/CD   MISC.PMTS
268  1/30/20 2526 CORP ADVANCE ADJUST      6/09  94178.18          .00    15.00       .00       .00       .00    15.00 26
     S/F BT  REF# 0000
267  1/29/20 6226 CORP ADV DISB            6/09  94178.18          .00    15.00-      .00       .00       .00    15.00-26
     PAYEE 63SOLAG #267767689 DUE 1/29/20
     S/F WR  REF# 267767689
266  1/07/20 6226 CORP ADV DISB            6/09  94178.18          .00    15.00-      .00       .00       .00    15.00-26
     PAYEE 63SOLAG #266475465 DUE 1/07/20
     S/F WR  REF# 266475465
265 12/26/19 2526 CORP ADVANCE ADJUST      6/09  94178.18          .00    15.00       .00       .00       .00    15.00 26
     S/F BT  REF# 0000
264 12/24/19 6226 CORP ADV DISB            6/09  94178.18          .00    15.00-      .00       .00       .00    15.00-26
     PAYEE 63SOLAG #             DUE 12/24/19
     S/F WR  REF#
263 12/06/19 6226 CORP ADV DISB            6/09  94178.18          .00    15.50-      .00       .00       .00    15.50-26
     PAYEE 61DGRAV #1001674523 DUE 12/06/19
     S/F BX  REF# 1001674523
262 12/06/19 6226 CORP ADV DISB            6/09  94178.18          .00    55.00-      .00       .00       .00    55.00-26
     PAYEE 61DGRAV #1001674523 DUE 12/06/19
     S/F BX  REF# 1001674523
261 12/06/19 6226 CORP ADV DISB            6/09  94178.18          .00    50.00-      .00       .00       .00    50.00-26
     PAYEE 61DGRAV #1001674523 DUE 12/06/19
     S/F BX  REF# 1001674523
260 12/06/19 6226 CORP ADV DISB            6/09  94178.18          .00   400.00-      .00       .00       .00   400.00-26
     PAYEE 61DGRAV #1001674523 DUE 12/06/19
     S/F BX  REF# 1001674523
259 12/06/19 6226 CORP ADV DISB            6/09  94178.18          .00  1150.00-      .00       .00       .00  1150.00-26
     PAYEE 61DGRAV #1001674523 DUE 12/06/19
     S/F BX  REF# 1001674523
258 12/06/19 6226 CORP ADV DISB            6/09  94178.18          .00   395.00-      .00       .00       .00   395.00-26
     PAYEE 61DGRAV #1001674523 DUE 12/06/19
     S/F BX  REF# 1001674523
257 12/06/19 6226 CORP ADV DISB            6/09  94178.18          .00     5.00-      .00       .00       .00     5.00-26
     PAYEE 61DGRAV #1001674523 DUE 12/06/19
     S/F BX  REF# 1001674523
256 12/06/19 6226 CORP ADV DISB            6/09  94178.18          .00    15.00-      .00       .00       .00    15.00-26
     PAYEE 63SOLAG #264848801 DUE 12/06/19
     S/F WR  REF# 264848801
255 11/01/19 6226 CORP ADV DISB            6/09  94178.18          .00    15.00-      .00       .00       .00    15.00-26
     PAYEE 63SOLAG #262991752 DUE 11/01/19
     S/F WR  REF# 262991752
254 10/01/19 6226 CORP ADV DISB            6/09  94178.18          .00    15.00-      .00       .00       .00    15.00-26
     PAYEE 63SOLAG #261083444 DUE 10/01/19
     S/F WR  REF# 261083444
253  9/16/19 6036 TOWN TAX    DISBURSED    6/09  94178.18          .00   474.01-      .00       .00    474.01-       .00
```

```
                                                                    Mr. Cooper                                              1/31/20 13:11:23
                                                           DETAIL TRANSACTION HISTORY                                       JOB DT:  1/31/20
                                                                                                                             PAGE:        2
----TRANSACTION----                          NEXT  -AFTER TRANS.BALANCES-   TOTAL    -----------APPLIED-----------    MISC.PMTS
 NBR    DATE    CODE -----DESCRIPTION------   DUE    PRINCIPAL    ESCROW    AMOUNT   PRINCIPAL  INTEREST    ESCROW    SUSPENSE/CD
LOAN#                   CONTINUED        DUE 10/01/19
 252  9/16/19       PAYEE 36ME050 #           TOWN TAX    ADVANCE
                    S/F WR   REF#                        6/09  94178.18    474.01    474.01      .00        .00       474.01       .00
 251  4/09/19       PAYEE 6050 HAZARD SFR  DISBURSED
                    S/F WR   REF# 04092019INS            6/09  94178.18                                               
                                                         4/04/19           999.00-     .00       .00        .00       999.00-      .00
 250  4/09/19       PAYEE 1950 HAZARD SFR  ADVANCE
                    S/F WR   REF# 04092019INS            6/09  94178.18    999.00     999.00     .00        .00       999.00       .00
 249  2/11/19       PAYEE 6036 TOWN TAX  DISBURSED
                    S/F WR   REF#                        6/09  94178.18                                               
                                                         3/01/19           465.49-     .00       .00        .00       465.49-      .00
 248  2/11/19       PAYEE 36ME050 #   TOWN TAX  ADVANCE
                    S/F WR   REF#                        6/09  94178.18    465.49    465.49      .00        .00       465.49       .00
 247 10/25/18       PAYEE 6226 CORP ADV DISB
                    S/F BX   REF# 1001624905 DUE 10/25/18  6/09  94178.18  267.00-     .00       .00        .00          .00     267.00-26
 246 10/25/18       PAYEE 6226 CORP ADV DISB
                    S/F BX   REF# 1001624905             6/09  94178.18   
                                                         10/25/18            6.88-     .00       .00        .00          .00       6.88-26
 245 10/25/18       PAYEE 6226 CORP ADV DISB
                    S/F BX   REF# 1001624905 DUE 10/25/18  6/09  94178.18   26.00-     .00       .00        .00          .00      26.00-26
 244 10/11/18       PAYEE 6226 CORP ADV DISB
                    S/F BX   REF# 1001623245 DUE 10/11/18  6/09  94178.18  175.00-     .00       .00        .00          .00     175.00-26
 243 10/11/18       PAYEE 6226 CORP ADV DISB
                    S/F BX   REF# 1001623245 DUE 10/11/18  6/09  94178.18  325.00-     .00       .00        .00          .00     325.00-26
 242  9/14/18       PAYEE 6036 TOWN TAX  DISBURSED
                    S/F WR   REF#                        6/09  94178.18   
                                                         10/01/18          465.50-    .00        .00        .00       465.50-      .00
 241  9/14/18       PAYEE 36ME050 #   TOWN TAX  ADVANCE
                    S/F WR   REF#                        6/09  94178.18    465.50    465.50      .00        .00       465.50       .00
 240  5/09/18       PAYEE 6226 CORP ADV DISB
                    S/F BX   REF# 1001604395 DUE  5/09/18  6/09  94178.18  135.00-    .00        .00        .00          .00     135.00-26
 239  4/10/18       PAYEE 6050 HAZARD SFR  DISBURSED
                    S/F WR   REF# 04102018INS            6/09  94178.18   
                                                         4/04/18           980.00-    .00        .00        .00       980.00-      .00
 238  4/10/18       PAYEE 1950 HAZARD SFR  ADVANCE
                    S/F WR   REF# 04102018INS            6/09  94178.18    980.00    980.00      .00        .00       980.00       .00
 237  2/07/18       PAYEE 6036 TOWN TAX  DISBURSED
                    S/F WR   REF#                        6/09  94178.18   
                                                         3/01/18           459.54-    .00        .00        .00       459.54-      .00
 236  2/07/18       PAYEE 36ME050 #   TOWN TAX  ADVANCE
                    S/F WR   REF#                        6/09  94178.18    459.54    459.54      .00        .00       459.54       .00
 235 12/15/17       PAYEE 6226 CORP ADV DISB #HAZ LOSS I DUE 12/15/17
                    S/F WR   REF# HAZ LOSS INSP FEE      6/09  94178.18     35.00-    .00        .00        .00          .00      35.00-26
 234  9/14/17       PAYEE 6036 TOWN TAX  DISBURSED       6/09  94178.18   
                                                                           459.54-   .00        .00        .00       459.54-      .00
```

```
                                             Mr. Cooper                                               1/31/20  13:11:23
                                      DETAIL TRANSACTION HISTORY                                      JOB DT:  1/31/20
                                                                                                         PAGE:       3
---TRANSACTION----                      NEXT  -AFTER TRANS.BALANCES-  TOTAL   ---------APPLIED---------  MISC.PMTS
NBR   DATE    CODE   -----DESCRIPTION------  DUE   PRINCIPAL   ESCROW   AMOUNT  PRINCIPAL INTEREST ESCROW  SUSPENSE/CD
LOAN#                    CONTINUED                  DUE 10/01/17

233  9/14/17       PAYEE 36ME050 #  1936 TOWN TAX      ADVANCE      6/09  94178.18   459.54    459.54    .00     .00     459.54     .00
           S/F WR    REF#
232  4/13/17  6226 CORP ADV DISB                       6/09  94178.18      .00     35.00-     .00     .00     .00    35.00-26
           S/F WR    REF#
             PAYEE 63MCSNW #HAZ LOSS I DUE 4/13/17
232  4/11/17  6050 HAZARD SFR   DISBURSED              6/09  94178.18      .00   1031.00-    .00     .00  1031.00-    .00
           S/F WR    REF# 04112017INS
231  4/11/17       PAYEE 50ASGHM #04112017IN DUE 4/04/17
230  4/11/17  1950 HAZARD SFR    ADVANCE              6/09  94178.18  1031.00   1031.00     .00     .00  1031.00     .00
           S/F WR    REF# 04112017INS
229  3/14/17  6036 TOWN TAX    DISBURSED              6/09  94178.18      .00    626.28-    .00     .00   626.28-    .00
           S/F WR    REF#
             PAYEE 36ME050 # DUE 10/01/15
228  3/14/17       1936 TOWN TAX     ADVANCE          6/09  94178.18   626.28    626.28     .00     .00   626.28     .00
           S/F WR    REF#
227  3/09/17  6225 MISC SUSP DISB                     6/09  94178.18      .00    416.61-    .00     .00     .00    416.61-25
           S/F SC    REF# 1006083625
             PAYEE GOCHIE #1006083625 DUE 3/08/17
226  3/08/17  1325 PMT-MISC SUSP                      6/09  94178.18      .00    416.61     .00     .00     .00    416.61 25
           S/F AD    REF# 0000
225  3/08/17  2624 FORBEARANCE ADJ                    6/09  94178.18      .00    416.61-    .00     .00     .00    416.61-24
           S/F AD    REF# 0000
224  2/06/17  6036 TOWN TAX    DISBURSED              6/09  94178.18      .00    447.20-    .00     .00   447.20-    .00
           S/F WR    REF#
             PAYEE 36ME050 # DUE 3/01/17
223  2/06/17       1936 TOWN TAX     ADVANCE          6/09  94178.18   447.20    447.20     .00     .00   447.20     .00
           S/F WR    REF#
222  12/30/16 6225 MISC SUSP DISB                     6/09  94178.18      .00     30.00-    .00     .00     .00     30.00-25
           S/F SC    REF# 0005850135
             PAYEE 63CYPRE #0005850135 DUE 12/28/16
221  12/23/16 1325 PMT-MISC SUSP                      6/09  94178.18      .00     15.00     .00     .00     .00     15.00 25
           S/F AD    REF# 0000
220  12/23/16 1325 PMT-MISC SUSP                      6/09  94178.18      .00     15.00     .00     .00     .00     15.00 25
           S/F AD    REF# 0000
219  11/14/16 1919 RECOVER ESCROW ADVANCE             6/09  94178.18   299.03    299.03-    .00     .00   299.03-    .00
     Effective date: 11/11/16                         F
           S/F SP    REF#
218  11/14/16 0116 PMT FROM FORB SUSP                 6/09  94178.18   299.03    869.39    30.62  539.74   299.03   869.39-R4
     Effective date: 11/11/16  Int pd to:  5/01/09
           S/F SP    REF#                             F
217  11/14/16   16 FORBEARANCE SUSPENSE               5/09  94208.80      .00    715.09     .00     .00     .00    715.09 24
     Effective date: 11/11/16
           S/F SP    REF#                             F
216  11/09/16 2526 CORP ADVANCE ADJUST                5/09  94208.80      .00     15.00     .00     .00     .00     15.00 26
     Effective date: 10/28/16
           S/F WR    REF# 0000
215  10/13/16 6226 CORP ADV DISB                      5/09  94208.80      .00     15.00-    .00     .00     .00     15.00-26
             PAYEE 63SSFSL #0001504304 DUE 10/12/16
           S/F SC    REF# 0001504304
```

```
                                                              Mr. Cooper                                                      1/31/20 13:11:23
                                                       DETAIL TRANSACTION HISTORY                                             JOB DT:  1/31/20
                                                                                                                                 PAGE:    4
   ---TRANSACTION----                              NEXT  -AFTER TRANS.BALANCES-      TOTAL   -------------APPLIED-------------
   NBR  DATE    CODE  -----DESCRIPTION------       DUE   PRINCIPAL        ESCROW    AMOUNT   PRINCIPAL  INTEREST     ESCROW   SUSPENSE/CD  MISC.PMTS
LOAN#                     CONTINUED
   214  9/14/16  6036 TOWN TAX         DISBURSED   5/09   94208.80            .00    447.20-      .00       .00      447.20-        .00           .00
        PAYEE 36ME050 REF# 10578 TAR 3023 ME DUE 3/01/16
        S/F WR
   213  9/14/16  1936 TOWN TAX         ADVANCE     5/09   94208.80         447.20    447.20       .00       .00      447.20         .00           .00
        PAYEE         REF# 10578 TAR 3023 ME
        S/F WR
   212  9/12/16  6223 HAZ LOSS SUSP DISB           5/09   94208.80            .00   2149.80-      .00       .00         .00     2149.80-23         .00
        PAYEE D&E RUB REF# 0005454484 DUE 9/12/16
        S/F SC
   211  8/05/16  6226 CORP ADV DISB                5/09   94208.80            .00    216.00-      .00       .00         .00      216.00-26         .00
        PAYEE 61DGRAV REF# 0001493984 DUE 8/04/16
        S/F SC
   210  7/28/16    16 FORBEARANCE SUSPENSE         5/09   94208.80            .00    570.91       .00       .00         .00      570.91 24         .00
        PAYEE         REF#                       F
        S/F SP
   209  6/29/16  2526 CORP ADVANCE ADJUST          5/09   94208.80            .00     15.00       .00       .00         .00       15.00 26         .00
        PAYEE         REF# 0000
        S/F BT
   208  6/28/16  6226 CORP ADV DISB                5/09   94208.80            .00     15.00-      .00       .00         .00       15.00-26         .00
        PAYEE 63SSFSL REF# 0001487182 DUE 6/27/16
        S/F SC
   207  6/02/16  6226 CORP ADV DISB                5/09   94208.80            .00     15.00-      .00       .00         .00       15.00-26         .00
        PAYEE 63SSFSL REF# 0001482694 DUE 6/01/16
        S/F SC
   206  5/09/16  6226 CORP ADV DISB                5/09   94208.80            .00     28.00-      .00       .00         .00       28.00-26         .00
        PAYEE 61DGRAV REF# 0001477493 DUE 5/06/16
        S/F SC
   205  5/09/16  6226 CORP ADV DISB                5/09   94208.80            .00    150.00-      .00       .00         .00      150.00-26         .00
        PAYEE 61DGRAV REF# 0001477493 DUE 5/06/16
        S/F SC
   204  5/09/16  6226 CORP ADV DISB                5/09   94208.80            .00     38.54-      .00       .00         .00       38.54-26         .00
        PAYEE 61DGRAV REF# 0001477493 DUE 5/06/16
        S/F SC
   203  5/09/16  6226 CORP ADV DISB                5/09   94208.80            .00     20.00-      .00       .00         .00       20.00-26         .00
        PAYEE 61DGRAV REF# 0001477493 DUE 5/06/16
        S/F SC
   202  5/05/16  6226 CORP ADV DISB                5/09   94208.80            .00     15.00-      .00       .00         .00       15.00-26         .00
        PAYEE         REF# 0001477105 DUE 5/04/16
        S/F SC
   201  4/11/16  6226 CORP ADV DISB                5/09   94208.80            .00     15.00-      .00       .00         .00       15.00-26         .00
        PAYEE 63SSFSL REF# 0001471887 DUE 4/08/16
        S/F SC
   200  4/08/16  6050 HAZARD SFR       DISBURSED   5/09   94208.80            .00   1032.00-      .00       .00     1032.00-        .00           .00
        PAYEE 50ASGHM REF# 04082016INS DUE 4/04/16
        S/F WR
   199  4/08/16  1950 HAZARD SFR       ADVANCE     5/09   94208.80        1032.00   1032.00       .00       .00     1032.00         .00           .00
        PAYEE         REF# 04082016INS
        S/F WR
   198  3/17/16  6226 CORP ADV DISB                5/09   94208.80            .00     15.00-      .00       .00         .00       15.00-26         .00
        PAYEE 63SSFSL REF# 0001466569 DUE 3/16/16
        S/F SC
   197  2/26/16  6226 CORP ADV DISB                5/09   94208.80            .00     10.00-      .00       .00         .00       10.00-26         .00
        PAYEE 63QCLIM REF#                        DUE 2/25/16
        S/F WR
   196  2/22/16  6226 CORP ADV DISB                5/09   94208.80            .00     15.00-      .00       .00         .00       15.00-26         .00
```

```
                                                             Mr. Cooper                                                   1/31/20 13:11:23
                                                      DETAIL TRANSACTION HISTORY                                          JOB DT:  1/31/20
                                                                                                                              PAGE:      5
---TRANSACTION----                         NEXT  -AFTER TRANS.BALANCES-  TOTAL   ----------APPLIED----------   MISC.PMTS
NBR   DATE   CODE  -----DESCRIPTION------  DUE    PRINCIPAL     ESCROW   AMOUNT  PRINCIPAL  INTEREST  ESCROW   SUSPENSE/CD
LOAN#                CONTINUED
        PAYEE 63SSFSL #0001460997 DUE 2/18/16
        S/F SC   REF# 0001460997
195 2/10/16 6036 TOWN TAX       DISBURSED  5/09    94208.80       .00    626.28-       .00       .00  626.28-        .00
        PAYEE 36ME050 REF# #10578 TAR DUE 10/01/15
        S/F WR   REF# 10578 TAR 2210 ME
194 2/10/16 1936 TOWN TAX         ADVANCE  5/09    94208.80    626.28    626.28        .00       .00  626.28         .00
        S/F WR   REF# 10578 TAR 2210 ME
193 1/29/16 2526 CORP ADVANCE ADJUST       5/09    94208.80       .00     15.00        .00       .00     .00      15.00 26
        S/F BT   REF# 0000
192 1/28/16 6226 CORP ADV DISB             5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001456534 DUE 1/27/16
        S/F SC   REF# 0001456534
191 1/04/16 6226 CORP ADV DISB             5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001452130 DUE 12/31/15
        S/F SC   REF# 0001452130
190 12/11/15 6226 CORP ADV DISB            5/09    94208.80       .00    690.00-       .00       .00     .00     690.00-26
        PAYEE 61DGRAV #0001447599 DUE 12/10/15
        S/F SC   REF# 0001447599
189 12/08/15 6226 CORP ADV DISB            5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001447000 DUE 12/07/15
        S/F SC   REF# 0001447000
188 12/04/15 1323 PMT-HAZ LOSS SUSP        5/09    94208.80       .00  53065.36        .00       .00     .00   53065.36 23
    Effective date: 12/03/15
        S/F LB   REF#
187 11/12/15 6226 CORP ADV DISB            5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001442086 DUE 11/12/15
        S/F SC   REF# 0001442086
186 10/14/15 6226 CORP ADV DISB            5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001429482 DUE 10/13/15
        S/F SC   REF# 0001429482
185 9/14/15 6226 CORP ADV DISB             5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001424009 DUE 9/11/15
        S/F SC   REF# 0001424009
184 8/19/15 6226 CORP ADV DISB             5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001418560 DUE 8/18/15
        S/F SC   REF# 0001418560
183 7/28/15 2526 CORP ADVANCE ADJUST       5/09    94208.80       .00     15.00        .00       .00     .00      15.00 26
        S/F BT   REF# 0000
182 7/27/15 6226 CORP ADV DISB             5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001413330 DUE 7/24/15
        S/F SC   REF# 0001413330
181 7/09/15 6226 CORP ADV DISB             5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001409133 DUE 7/07/15
        S/F SC   REF# 0001409133
180 6/03/15 6226 CORP ADV DISB             5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001401595 DUE 6/02/15
        S/F SC   REF# 0001401595
179 5/13/15 6226 CORP ADV DISB             5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
        PAYEE 63SSFSL #0001397000 DUE 5/12/15
        S/F SC   REF# 0001397000
178 4/16/15 6226 CORP ADV DISB             5/09    94208.80       .00     15.00-       .00       .00     .00      15.00-26
```

```
                                                                  Mr. Cooper                                                      1/31/20 13:11:23
                                                           DETAIL TRANSACTION HISTORY                                             JOB DT:  1/31/20
                                                                                                                                        PAGE:    6
     ---TRANSACTION----                          NEXT  -AFTER TRANS.BALANCES-    TOTAL   ------------APPLIED------------    MISC.PMTS
     NBR    DATE   CODE   -----DESCRIPTION------ DUE   PRINCIPAL         ESCROW  AMOUNT  PRINCIPAL  INTEREST  ESCROW    SUSPENSE/CD
LOAN#                     CONTINUED
     177  4/09/15  PAYEE 63SSFSL #0001390691 DUE 4/15/15
                   S/F SC  REF# 0001390691
                   PAYEE 6050 HAZARD SFR  DISBURSED 5/09  94208.80     .00   1023.00-    .00      .00    1023.00-      .00
                   PAYEE 50ASGHM #04092015IN DUE 4/04/15
     176  4/09/15  S/F WR  REF# 04092015INS         5/09  94208.80   1023.00  1023.00    .00      .00    1023.00        .00
                   PAYEE 1950 HAZARD SFR  ADVANCE
                   S/F WR  REF# 04092015INS
     175  3/27/15  PAYEE 6226 CORP ADV DISB        5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #0001385299 DUE 3/26/15
                   S/F SC  REF# 0001385299
     174  3/23/15  PAYEE 2576 CORP ADV NOCASH ADJ  5/09  94208.80     .00      30.00    .00      .00        .00     30.00 26
                   S/F AD  REF# 0000
     173  2/26/15  PAYEE 6226 CORP ADV DISB        5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #0001377294 DUE 2/25/15
                   S/F SC  REF# 0001377294
     172  2/04/15  PAYEE 6226 CORP ADV DISB        5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #0001371764 DUE 2/03/15
                   S/F SC  REF# 0001371764
     171  2/04/15  PAYEE 6036 TOWN TAX  DISBURSED  5/09  94208.80     .00     662.62-    .00      .00     662.62-       .00
                   PAYEE 36ME050 #10578 TAR  DUE 3/01/15
                   S/F WR  REF# 10578 TAR 0498 ME
     170  2/04/15  PAYEE 1936 TOWN TAX  ADVANCE    5/09  94208.80   662.62   662.62     .00      .00     662.62        .00
                   S/F WR  REF# 10578 TAR 0498 ME
     169  1/06/15  PAYEE 6226 CORP ADV DISB        5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #0001364631 DUE 1/05/15
                   S/F SC  REF# 0001364631
     168 12/23/14  PAYEE 6226 CORP ADV DISB        5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #0001361871 DUE 12/22/14
                   S/F SC  REF# 0001361871
     167 12/16/14  PAYEE 6226 CORP ADV DISB        5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #0001360261 DUE 12/15/14
                   S/F SC  REF# 0001360261
     166 10/30/14  PAYEE 6226 CORP ADV DISB   DUE 10/30/14  5/09  94208.80     .00    145.00-    .00      .00        .00    145.00-26
                   PAYEE 62SSSEV #
                   S/F WR  REF#
     165 10/23/14  PAYEE 6226 CORP ADV DISB        5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #          DUE 10/22/14
                   S/F WR  REF#
     164  9/30/14  PAYEE 6226 CORP ADV DISB        5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #          DUE 9/30/14
                   S/F WR  REF#
     163  9/30/14  PAYEE 6226 CORP ADV DISB        5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #          DUE 9/23/14
                   S/F WR  REF#
     162  9/23/14  PAYEE 6036 TOWN TAX  DISBURSED  5/09  94208.80     .00     662.63-    .00      .00     662.63-       .00
                   PAYEE 36ME050 #0003033636 DUE 3/01/14
                   S/F SC  REF# 0003033636
     161  9/23/14  PAYEE 1936 TOWN TAX  ADVANCE    5/09  94208.80   662.63   662.63     .00      .00     662.63        .00
                   S/F SC  REF# 0003033636
     160  8/20/14  PAYEE 6226 CORP ADV DISB   DUE 8/19/14   5/09  94208.80     .00      15.00-    .00      .00        .00     15.00-26
                   PAYEE 63SSFSL #
```

```
                                              Mr. Cooper                                              1/31/20 13:11:23
                                       DETAIL TRANSACTION HISTORY                                     JOB DT:  1/31/20
                                                                                                      PAGE:          7
---TRANSACTION----                              NEXT  -AFTER TRANS.BALANCES-   TOTAL   ------------APPLIED------------  MISC.PMTS
 NBR    DATE    CODE   -----DESCRIPTION------    DUE    PRINCIPAL   ESCROW     AMOUNT  PRINCIPAL  INTEREST  ESCROW  SUSPENSE/CD
LOAN#                   CONTINUED
 159  8/18/14  6226  CORP ADV DISB              5/09    94208.80      .00      265.00-      .00      .00     .00     265.00-26
                       S/F WR  REF#
                     PAYEE 62SSSEV #0001319610 DUE 8/15/14
 158  7/25/14  6226  CORP ADV DISB              5/09    94208.80      .00       15.00-      .00      .00     .00      15.00-26
                       S/F SC  REF# 0001319610
                     PAYEE 63SSFSL #          DUE 7/24/14
 157  7/16/14  1499  ZZZZF-Late Charges         5/09    94208.80      .00       28.52       .00      .00     .00             28.52 01
                       S/F     REF#
 156  7/15/14  6226  CORP ADV DISB              5/09    94208.80      .00       15.00-      .00      .00     .00      15.00-26
                       S/F WR  REF#
                     PAYEE 63SSFSL #          DUE 7/10/14
 155  6/19/14  6050  HAZARD SFR   DISBURSED     5/09    94208.80      .00     1121.00-      .00      .00    1121.00-
                       S/F WR  REF# 061920141NS
                     PAYEE 50ASGHM #061920141N DUE 4/04/14
 154  6/19/14  1950  HAZARD SFR    ADVANCE      5/09    94208.80   1121.00    1121.00       .00      .00    1121.00
                       S/F WR  REF# 061920141NS
 153  6/16/14  1499  ZZZZF-Late Charges         5/09    94208.80      .00       28.52       .00      .00     .00             28.52 01
                       S/F     REF#
 152  6/16/14  6226  CORP ADV DISB              5/09    94208.80      .00       15.00-      .00      .00     .00      15.00-26
                       S/F WC  REF#
                     PAYEE 63SSFSL #          DUE 6/13/14
 151  5/22/14  6226  CORP ADV DISB              5/09    94208.80      .00       15.00-      .00      .00     .00      15.00-26
                       S/F WR  REF#
                     PAYEE 63SSFSL #          DUE 5/22/14
 150  5/16/14  2664  NON CASH FEE ADJ           5/09    94208.80      .00       28.52-      .00      .00     .00      28.52-01
                       S/F WC  REF#
 149  5/16/14  1499  ZZZZF-Late Charges         5/09    94208.80      .00       28.52       .00      .00     .00             28.52 01
                       S/F     REF#
 148  4/16/14  2664  NON CASH FEE ADJ           5/09    94208.80      .00       28.52-      .00      .00     .00      28.52-01
                       S/F WC  REF#
 147  4/16/14  1499  ZZZZF-Late Charges         5/09    94208.80      .00       28.52       .00      .00     .00             28.52 01
                       S/F     REF#
 146  4/14/14  1919  RECOVER ESCROW ADVANCE     5/09    94208.80      .00       87.25-      .00      .00    87.25-
         Effective date:  4/04/14
                       S/F WR  REF# 0000
 145  4/14/14  1530  ESCROW DEPOSIT             5/09    94208.80    87.25       87.25       .00      .00    87.25     .00
         Effective date:  4/04/14
                       S/F WR  REF# 0000
 144  4/09/14  2676  CORP ADV NOCASH ADJ        5/09    94208.80      .00       15.00-      .00      .00     .00      15.00-26
         Effective date:  1/30/14
                       S/F AD  REF# 0000
 143  4/09/14  2676  CORP ADV NOCASH ADJ        5/09    94208.80      .00       15.00-      .00      .00     .00      15.00-26
         Effective date: 12/24/13
                       S/F AD  REF# 0000
 142  4/09/14  2676  CORP ADV NOCASH ADJ        5/09    94208.80      .00       15.00-      .00      .00     .00      15.00-26
         Effective date: 11/13/13
                       S/F AD  REF# 0000
 141  4/09/14  2676  CORP ADV NOCASH ADJ        5/09    94208.80      .00       15.00-      .00      .00     .00      15.00-26
         Effective date:  8/20/13
                       S/F AD  REF# 0000
```

```
                                                                Mr. Cooper                                                  1/31/20 13:11:23
                                                        DETAIL TRANSACTION HISTORY                                          JOB DT:  1/31/20
                                                                                                                                  PAGE:    8
  ---TRANSACTION----                            NEXT  -AFTER TRANS.BALANCES-   TOTAL    ------------APPLIED-----------     MISC.PMTS
  NBR   DATE   CODE   -----DESCRIPTION------    DUE   PRINCIPAL       ESCROW   AMOUNT   PRINCIPAL  INTEREST  ESCROW   SUSPENSE/CD
LOAN#                       CONTINUED

  140  4/09/14  2676 CORP ADV NOCASH ADJ        5/09    94208.80        .00     175.00-     .00       .00      .00     175.00-26
       Effective date:  7/31/13
                   S/F AD  REF# 0000
  139  4/09/14  2676 CORP ADV NOCASH ADJ        5/09    94208.80        .00      15.00-     .00       .00      .00      15.00-26
       Effective date:  7/12/13
                   S/F AD  REF# 0000
  138  4/09/14  2676 CORP ADV NOCASH ADJ        5/09    94208.80        .00      15.00-     .00       .00      .00      15.00-26
       Effective date:  6/04/13
                   S/F AD  REF# 0000
  137  4/09/14  2676 CORP ADV NOCASH ADJ        5/09    94208.80        .00      15.00-     .00       .00      .00      15.00-26
       Effective date:  4/03/13
                   S/F AD  REF# 0000
  136  4/09/14  2676 CORP ADV NOCASH ADJ        5/09    94208.80        .00      15.00-     .00       .00      .00      15.00-26
       Effective date:  2/20/13
                   S/F AD  REF# 0000
  135  4/09/14  2676 CORP ADV NOCASH ADJ        5/09    94208.80        .00      14.68-     .00       .00      .00      14.68-26
       Effective date: 12/12/12
                   S/F AD  REF# 0000
  134  4/09/14  2576 CORP ADV NOCASH ADJ        5/09    94208.80        .00    3629.09      .00       .00      .00    3629.09 26
       Effective date: 12/12/12
                   S/F AD  REF# 0000
  133  4/09/14  2676 CORP ADV NOCASH ADJ        5/09    94208.80        .00      14.68-     .00       .00      .00      14.68-26
       Effective date: 12/12/12
                   S/F AD  REF# 0000
  132  4/09/14  2676 CORP ADV NOCASH ADJ        5/09    94208.80        .00    3614.41-     .00       .00      .00    3614.41-26
       Effective date: 12/11/12
                   S/F AD  REF# 0000
  131  4/04/14  1499 ZZZZF-Late Charges         5/09    94208.80        .00     359.66      .00       .00      .00     359.66 01
                   S/F     REF#
  130  3/17/14  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  129  2/17/14  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  128  1/17/14  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  127 12/17/13  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  126 11/17/13  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  125 10/17/13  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  124  9/17/13  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  123  8/17/13  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  122  7/17/13  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  121  6/17/13  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
  120  5/17/13  2664 NON CASH FEE ADJ           5/09    94208.80        .00      28.52-     .00       .00      .00      28.52-01
                   S/F WC  REF#
```

```
                                                                          Mr. Cooper                                        1/31/20 13:11:23
                                                                   DETAIL TRANSACTION HISTORY                               JOB DT:   1/31/20
                                                                                                                            PAGE:           9
       ---TRANSACTION----                         NEXT   -AFTER TRANS.BALANCES-    TOTAL    ------------APPLIED------------   MISC.PMTS
  NBR    DATE    CODE   -----DESCRIPTION------    DUE    PRINCIPAL      ESCROW     AMOUNT   PRINCIPAL  INTEREST  ESCROW  SUSPENSE/CD
LOAN#                    CONTINUED
  119   4/17/13  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  118   3/17/13  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  117   2/17/13  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  116   1/17/13  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  115  12/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  114  11/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  113  10/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  112   9/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  111   8/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  110   7/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  109   6/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  108   5/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  107   4/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  106   3/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  105   2/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  104   1/17/12  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  103  12/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  102  11/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  101  10/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
  100   9/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
   99   8/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
   98   7/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
   97   6/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
   96   5/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
   95   4/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
   94   3/17/11  2664 NON CASH FEE ADJ            5/09    94208.80         .00      28.52-      .00       .00      .00       .00    28.52-01
                       S/F WC   REF#
```

```
                                                             Mr. Cooper                                        1/31/20 13:11:23
                                                     DETAIL TRANSACTION HISTORY                                JOB DT:  1/31/20
                                                                                                                  PAGE:      10
---TRANSACTION----                        NEXT   -AFTER TRANS.BALANCES-   TOTAL    ----------APPLIED----------   MISC.PMTS
NBR   DATE    CODE    -----DESCRIPTION------    DUE    PRINCIPAL   ESCROW   AMOUNT    PRINCIPAL  INTEREST  ESCROW  SUSPENSE/CD
LOAN#                        CONTINUED
 93  2/17/11  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 92  1/17/11  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 91 12/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 90 11/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 89 10/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 88  9/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 87  8/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 86  7/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 85  6/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 84  5/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 83  4/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 82  3/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 81  2/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 80  1/17/10  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 79 12/17/09  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 78 11/17/09  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 77 10/17/09  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 76  9/17/09  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 75  8/17/09  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 74  7/17/09  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 73  6/17/09  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 72  5/17/09  2664 NON CASH FEE ADJ
              S/F WC    REF#                    5/09    94208.80     .00    28.52-       .00       .00      .00      .00       28.52-01
 71  3/17/14  1499 ZZZZF-Late Charges
              S/F       REF#                    5/09    94208.80     .00    28.52        .00       .00      .00      .00       28.52 01
 70  2/17/14  1499 ZZZZF-Late Charges
              S/F       REF#                    5/09    94208.80     .00    28.52        .00       .00      .00      .00       28.52 01
 69  1/17/14  1499 ZZZZF-Late Charges
              S/F       REF#                    5/09    94208.80     .00    28.52        .00       .00      .00      .00       28.52 01
```

```
                                                                    Mr. Cooper                                            1/31/20 13:11:23
                                                             DETAIL TRANSACTION HISTORY                                   JOB DT:  1/31/20
                                                                                                                          PAGE:        11
-----TRANSACTION-----                      NEXT  -AFTER TRANS.BALANCES-   TOTAL   ------------APPLIED------------   MISC.PMTS
 NBR   DATE    CODE  -----DESCRIPTION-----  DUE    PRINCIPAL    ESCROW    AMOUNT   PRINCIPAL  INTEREST   ESCROW   SUSPENSE/CD
LOAN#                 CONTINUED
 68  12/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 67  11/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 66  10/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 65   9/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 64   8/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 63   7/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 62   6/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 61   5/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 60   4/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 59   3/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 58   2/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 57   1/17/13  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 56  12/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 55  11/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 54  10/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 53   9/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 52   8/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 51   7/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 50   6/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 49   5/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 48   4/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 47   3/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 46   2/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 45   1/17/12  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 44  12/17/11  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
 43  11/17/11  1499  ZZZZF-Late Charges    5/09    94208.80      .00      28.52      .00       .00        .00        .00     28.52  01
                     S/F            REF#
```

```
                                               Mr. Cooper                                    1/31/20 13:11:23
                                      DETAIL TRANSACTION HISTORY                              JOB DT:  1/31/20
                                                                                                  PAGE:    12
---------                                                                    ----------APPLIED------------
---TRANSACTION----           NEXT  -AFTER TRANS.BALANCES-  TOTAL
NBR   DATE    CODE  -----DESCRIPTION------  DUE   PRINCIPAL     ESCROW   AMOUNT    PRINCIPAL  INTEREST  ESCROW  SUSPENSE/CD  MISC.PMTS
LOAN#                   CONTINUED
 42 10/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 41  9/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 40  8/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 39  7/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 38  6/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 37  5/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 36  4/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 35  3/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 34  2/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 33  1/17/11 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 32 12/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 31 11/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 30 10/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 29  9/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 28  8/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 27  7/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 26  6/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 25  5/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 24  4/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 23  3/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 22  2/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 21  1/17/10 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 20 12/17/09 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 19 11/17/09 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
 18 10/17/09 1499  ZZZZF-Late Charges        5/09  94208.80       .00     28.52         .00       .00     .00       .00      28.52  01
                S/F      REF#
```

```
                                          Mr. Cooper                                            1/31/20 13:11:23
                                   DETAIL TRANSACTION HISTORY                                   JOB DT:  1/31/20
                                                                                                  PAGE:       13
---TRANSACTION----                  NEXT  -AFTER TRANS.BALANCES-   TOTAL   ------------APPLIED------------  MISC.PMTS
NBR   DATE   CODE  -----DESCRIPTION-----  DUE   PRINCIPAL   ESCROW  AMOUNT  PRINCIPAL INTEREST  ESCROW  SUSPENSE/CD
LOAN#                   CONTINUED
 17  9/17/09 1499  ZZZZF-Late Charges     5/09   94208.80     .00    28.52       .00      .00      .00       .00   28.52 01
                S/F       REF#
 16  8/17/09 1499  ZZZZF-Late Charges     5/09   94208.80     .00    28.52       .00      .00      .00       .00   28.52 01
                S/F       REF#
 15  7/17/09 1499  ZZZZF-Late Charges     5/09   94208.80     .00    28.52       .00      .00      .00       .00   28.52 01
                S/F       REF#
 14  6/17/09 1499  ZZZZF-Late Charges     5/09   94208.80     .00    28.52       .00      .00      .00       .00   28.52 01
                S/F       REF#
 13  5/17/09 1499  ZZZZF-Late Charges     5/09   94208.80     .00    28.52       .00      .00      .00       .00   28.52 01
                S/F       REF#
 12  4/04/14 2643  ESCROW ADJ             5/09   94208.80     .00  14931.33-     .00      .00  14931.33-     .00
     Effective date: 4/01/14
                S/F LB    REF#
 11  4/04/14   19  ESCROW ADVANCE         5/09   94208.80  14931.33 14931.33     .00      .00  14931.33      .00
     Effective date: 4/01/14
                S/F LB    REF#
 10  4/04/14 8103  NEW LOAN NOCASH        5/09   94208.80     .00  94208.80- 94208.80-    .00      .00       .00
     Effective date: 4/01/14
                S/F LB    REF#
                * * * * *  TOTALS  * * * * *                                94178.18-  539.74
```