UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE2** | **CIVIL ACTION NO: 2:19-cv-00533-DBH** |
| **Plaintiff** | **ORDER ON MOTION FOR PARTIAL JUDGMENT** |
| vs. | **RE:** <br> **776 Maplewood Road, West Newfield, ME 04095** |
| **James D. Gochie** | **Mortgage:** <br> **November 15, 2006** <br> **Book 15018, Page 451** |
| **Defendant** | |

This matter is before the Court on Plaintiff's Motion for Partial Judgment. Having considered the pleadings, and good cause being shown, it is hereby ordered that:

Plaintiff is granted Partial Judgment in this matter in accordance with the filed Consent Judgment and the time periods under Title 14 § 6323 shall commence to run as to the Defendant from the entering of this Order.

**SO ORDERED**

Dated: July 29, 2020

/s/ D. Brock Hornby
D. Brock Hornby
U.S. District Judge